Case 13-32898    Doc 30    Filed 05/21/14    Entered 05/23/14 23:51:36    Desc Imaged
              Certificate of Notice    Page 1 of 5

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
NICHOLAS, SHIRLEY I                   §       Case No. 13-32898
                                      §
        Debtor(s)                     §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 South Dearborn
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 06/20/2014 in Courtroom ,
        Joliet City Hall
        150 West Jefferson, 2nd Floor
        Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/20/2014                    By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
NICHOLAS, SHIRLEY I  §   Case No. 13-32898
 §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,817.90 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 4,797.90 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,204.48 | $ 0.00 | $ 1,204.48 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 25.96 | $ 0.00 | $ 25.96 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,230.44 |
| Remaining Balance | $ 3,567.46 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,160.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,935.69 | $ 0.00 | $ 2,414.14 |
| 000002 | Discover Bank | $ 4,050.93 | $ 0.00 | $ 894.28 |
| 000003 | Capital One, N.A. | $ 954.82 | $ 0.00 | $ 210.78 |
| 000004 | Capital Recovery V, LLC | $ 218.59 | $ 0.00 | $ 48.26 |

Total to be paid to timely general unsecured creditors       $       3,567.46

Remaining Balance                                            $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
                                  Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-32898-BWB
Shirley I Nicholas                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 1          Date Rcvd: May 21, 2014
                              Form ID: pdf006          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2014.
db            +Shirley I Nicholas,    204 Heritage Circle,    Streator, IL 61364-9205
21340939       Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
20883573       Centrue Bank,    Cardmember Service,    PO Box 790408,    Saint Louis, MO 63179-0408
20883578       Sears Credit Cards,    PO Box 183081,    Columbus, OH 43218-3081
20883579       Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
20883580      +St Mary's Hospital,    111 Spring St,    Streator, IL 61364-3399
20883581       St Mary's Hospital,    PO Box 6579,    Carol Stream, IL 60197-6579

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21458786       E-mail/PDF: rmscedi@recoverycorp.com May 22 2014 01:25:42      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20883572      +E-mail/Text: melanie.barickman@centrue.com May 22 2014 01:23:12      Centrue Bank,    201 E Main St,
                Streator, IL 61364-2950
21231344       E-mail/PDF: mrdiscen@discoverfinancial.com May 22 2014 01:36:24      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
20883574       E-mail/PDF: mrdiscen@discoverfinancial.com May 22 2014 01:36:24      Discover Card,   PO Box 6103,
                Carol Stream, IL 60197-6103
20883576       E-mail/PDF: gecsedi@recoverycorp.com May 22 2014 01:26:19      GECRB/jcp,   PO Box 960090,
                Orlando, FL 32896-0090
20883577       E-mail/Text: bnckohlsnotices@becket-lee.com May 22 2014 01:20:58      Kohl's Payment Center,
                PO Box 2983,   Milwaukee, WI 53201-2983
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20883575*     Discover Card,    PO Box 6103,   Carol Stream, IL 60197-6103
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2014 at the address(es) listed below:
              Faiq Mihlar    on behalf of Creditor    Centrue Bank bankruptcy@hsbattys.com,
               bankruptcy@hsbattys.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              Stephen J West    on behalf of Debtor Shirley I Nicholas tmalaw@sjwlawott.com
                                                                                             TOTAL: 4